IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: * CASE 20-00633 EAG

EFRAIN CARRERO VELEZ * CHAPTER 7

DEBTOR *

_____ *

**MOTION TO CONVERT TO CHAPTER 13**

**TO THE HONORABLE COURT:**

Now comes debtor, through the undersigned attorney and very respectfully prays and very respectfully prays and states as follows:

1. This case was originally filed as a chapter 13 proceeding and converted to chapter 7. The conversion was due the fact that debtor was unable to demonstrate capacity to continue making child support payments.

2. Debtor attempted to gain control of the amount of $156,000.00 that was deposited with the Superior Court of Puerto Rico, Mayaguez Section. Debtor's former spouse opposed said attempt. However, shortly after conversion to chapter 7 she agreed with the trustee precisely what she had opposed.

3. Debtor is now in a position to file a meaningful plan and continue making child support payments.

**WHEREFORE**, It is respectfully requested from this Honorable Court that this case be converted to chapter 13.

14 Days Notice: Within fourteen (14) days after the service as evidenced by the certification, and an additional three(3) days pursuant to Federal Rule of Bankruptcy Procedure 9906(f) if you served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i)the requested relief is forbidden by law;(ii) the requested relief is against public policy;(iii) in the opinion of the Court the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE : I HEREBY CERTIFY:** That on April 5, 2021 we electronically filed the foregoing using the CM/ECF system. Notice of this filing will be sent electronically though the CM/ECF System to Chapter 7 Trustee, Roberto Román, US Trustee and Alejandro Oliveras, Chapter 13 Trustee and all parties in interest as per the attached list.

In Mayaguez, Puerto Rico, this 5th day of April, 2021.

/s/Alberto O. Lozada Colón

Alberto O. Lozada Colón
USDCPR 123811
PO Box 430
Mayaguez, PR 00681
Tel. 787-833-6323
lozada1954@hotmail.com

```
Label Matrix for local noticing        BANCO POPULAR PR                      UNITED STATES TRUSTEE
0104-2                                  FORTUNO & RIVERA FONT LLC             500 TANCA ST STE 301
Case 20-00633-EAG7                      PO BOX 13786                          SAN JUAN, PR 00901-1922
District of Puerto Rico                 SAN JUAN, PR 00908-3786
Ponce
Mon Apr  5 12:51:40 AST 2021

US Bankruptcy Court District of PR     ASUME                                 ASUME-KRIZIAMARIE PEREZ BARBER
Jose V Toledo Fed Bldg & US Courthouse P.O. BOX 70376                        PO BOX 71316 SAN JUAN PR 00936-8416
300 Recinto Sur Street, Room 109       San Juan, PR 00936-8376
San Juan, PR 00901-1964


BANCO POPULAR DE PUERTO RICO           DEPARTMENT OF TREASURY                DEPARTMENT OF TREASURY/BANKRUPTCY SEC.
P.O. BOX 362708                         SECTION OF BANKRUPTCY  424-B          P.O. BOX 9024140
San Juan, PR 00936-2708                 P.O. BOX 9024140                      San Juan, PR 00902-4140
                                        SAN JUAN P.R. 00902-4140


KRIZIA MARIE PEREZ BARBER              LCDA EVELYN JANET GARCIA              (p)PENTAGON FEDERAL CREDIT UNION
PUERTO REAL                             APARTADO 1299                         ATTN BANKRUPTCY DEPARTMENT
CALLE AZUCENA 321                       Hormigueros, PR 00660-5299            P O BOX 1432
Cabo Rojo, PR 00623-4901                                                      ALEXANDRIA VA 22313-1432


ALBERTO O LOZADA COLON                 ALEJANDRO OLIVERAS RIVERA             EFRAIN CARRERO VELEZ
BUFETE LOZADA COLON                     CHAPTER 13                            PUERTO REAL 11A
PO BOX 430                              PO BOX 9024062                        CALLE 10
MAYAGUEZ, PR 00681-0430                 SAN JUAN, PR 00902-4062               CABO ROJO, PR 00623


Kriziamarie Perez                      MONSITA LECAROZ ARRIBAS               NOEMI LANDRAU RIVERA
Azucena 321 Puerto Real                 OFFICE OF THE US TRUSTEE (UST)        PO BOX 270219
Cabo Rojo, PR 00623                     OCHOA BUILDING                        SAN JUAN, PR 00928-3019
                                        500 TANCA STREET  SUITE 301
                                        SAN JUAN, PR 00901


ROBERTO ROMAN VALENTIN
US TRUSTEES OFFICE
PO BOX 9024003
SAN JUAN, PR 00902-4003
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
PENTAGON FEDERAL CREDIT UNION
PO BOX 1432
Alexandria, VA 22313-2032
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) Banco Popular de Puerto Rico
PO Box 362708
San Juan, PR 00936-2708

End of Label Matrix
Mailable recipients  18
Bypassed recipients   1
Total                19