IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**EFRAIN CARRERO VELEZ**<br><br>DEBTOR | CASE NO. 20-00633 EAG<br><br>CHAPTER 7 |

**MOTION TO INFORM CHAPTER 7 TRUSTEE'S INTENT TO OPPOSE DEBTOR'S MOTION FOR RE-CONVERSION TO CHAPTER 13 AT DOCKET #109**

TO THE HONORABLE EDWARD A. GODOY
U.S. BANKRUPTCY COURT JUDGE:

COMES NOW Chapter 7 Trustee, Roberto Román Valentín, ("Trustee") and before this Court respectfully states and prays:

1. On February 1, 2020, Efraín Carrero Velez, ("Debtor") filed his second Chapter 13 petition for relief on February 11, 2020. After 10 months of litigation, the Chapter 13 case was dismissed on January 14, 2021, and on that same date, the Debtor moved for the reconsideration of the dismissal and filed a Notice of Conversion to Chapter 7, which were granted by the Court on February 9, 2021. See dockets #74, 75, 76 and 81.

2. Trustee was appointed for the administration of the bankruptcy estate on February 12, 2021 and has already commenced the liquidation process. Trustee's administration is beneficial to creditors and will allow for prompt distribution to creditors.

3. On March 16, 2021 Trustee commenced meeting of creditors which was continued to April 6, 2021, where Debtor was to provide financial information requested by the office of the United States Trustee, including information as to the transfer of shares over a corporation in favor of his girlfriend, Suehaine Cancel Zapata, within the two (2) years prior to filing of the petition for relief. See docket #106.

4. On the eve of the 341 meeting, instead of complying with Trustee's requests, the Debtor has moved for the reconversion of the case to a Chapter 13 without setting forth any cause and ignoring the fact that he has no absolute right to reconversion as provided in 11 U.S.C. §706(a).

5. Debtor's motion for reconversion to Chapter 13 was filed with a 14-day notice to parties in interest, period to expire on April 19, 2021.

1

6. Trustee hereby informs his intent to oppose Debtor's request for reconversion to Chapter 13, in opposition to be filed on or before April 19, 2021.

**WHEREFORE,** it is respectfully prayed that this Honorable Court grant this motion and take note of Trustee's intent to oppose Debtor's request for reconversion to Chapter 13 on or before April 19, 2021.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 5th day of April, 2021.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail, including the US Trustee at ustregion21.hr.ecf@usdoj.gov and to Debtor's attorney, Alberto O. Lozada Colón, Esq. at lozada1954@hotmail.com by depositing true and exact copies thereof in the US regular mail, to Debtor at Puerto Real 11A, Calle 10, Cabo Rojo, PR 00623.

**LANDRAU RIVERA & ASSOC.**
Counsel for Trustee
PO Box 270219
San Juan, PR 00927-0219
Tel. (787) 774-0224 / (787) 273-7949

*/s/ Noemí Landrau Rivera*
USDC PR No. 215510
nlandrau@landraulaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-2<br>Case 20-00633-EAG7<br>District of Puerto Rico<br>Ponce<br>Tue Feb 16 16:55:21 AST 2021 | BANCO POPULAR PR<br>FORTUNO & RIVERA FONT LLC<br>PO BOX 13786<br>SAN JUAN, PR 00908-3786 | UNITED STATES TRUSTEE<br>500 TANCA ST STE 301<br>SAN JUAN, PR 00901-1922 |
| US Bankruptcy Court District of PR<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ASUME<br>P.O. BOX 70376<br>San Juan, PR 00936-8376 | ASUME-KRIZIAMARIE PEREZ BARBER<br>PO BOX 71316 SAN JUAN PR 00936-8416 |
| BANCO POPULAR DE PUERTO RICO<br>P.O. BOX 362708<br>San Juan, PR 00936-2708 | DEPARTMENT OF TREASURY<br>SECTION OF BANKRUPTCY  424-B<br>P.O. BOX 9024140<br>SAN JUAN P.R. 00902-4140 | DEPARTMENT OF TREASURY/BANKRUPTCY SEC.<br>P.O. BOX 9024140<br>San Juan, PR 00902-4140 |
| KRIZIA MARIE PEREZ BARBER<br>PUERTO REAL<br>CALLE AZUCENA 321<br>Cabo Rojo, PR 00623-4901 | LCDA EVELYN JANET GARCIA<br>APARTADO 1299<br>Hormigueros, PR 00660-5299 | (p)PENTAGON FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 1432<br>ALEXANDRIA VA 22313-1432 |
| ALBERTO O LOZADA COLON<br>BUFETE LOZADA COLON<br>PO BOX 430<br>MAYAGUEZ, PR 00681-0430 | ALEJANDRO OLIVERAS RIVERA<br>CHAPTER 13<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | EFRAIN CARRERO VELEZ<br>PUERTO REAL 11A<br>CALLE 10<br>CABO ROJO, PR 00623 |
| Kriziamarie Perez<br>Azucena 321 Puerto Real<br>Cabo Rojo, PR 00623 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO ROMAN VALENTIN<br>US TRUSTEES OFFICE<br>PO BOX 9024003<br>SAN JUAN, PR 00902-4003 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PENTAGON FEDERAL CREDIT UNION
PO BOX 1432
Alexandria, VA 22313-2032

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Banco Popular de Puerto Rico<br>PO Box 362708<br>San Juan, PR 00936-2708 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     1<br>Total                  18 |