IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE 20-00633 EAG |
| EFRAIN CARRERO VELEZ | * | CHAPTER 7 |
| DEBTOR | * | |
| | * | |

ANSWER TO URGENT MOTION TO COMPEL TESTIMONY

TO THE HONORABLE COURT:

Now comes debtor, through the undersigned attorney and very respectfully prays and states as follows:

1. The chapter 7 trustee has filed a motion to compel testimony (docket #117).

2. Debtor has agreed with the chapter 7 trustee and his attorney Noemí Landrau that debtor will appear to the next 341 meeting and testify. Debtor will provide the requested documents which are in his possession and inform the trustee before the 341 meeting which documents are not in his possession.

3. The request of the trustee and the hearing scheduled for April 23, 2021 should be deemed moot.

WHEREFORE, it is respectfully requested from this Honorable Court to take notice of the above.

CERTIFICATE OF SERVICE : I HEREBY CERTIFY: That on April 21, 2021

we electronically filed the foregoing using the CM/ECF system. Notice of this filing will be sent electronically though the CM/ECF System to Roberto Román, Chapter 7 Trustee, Chapter 13 Trustee, US Trustee and to attorney Damaris Quiñones, representing Creditor Krizimarie Pérez Barber.

In Mayaguez, Puerto Rico, this 21th day of April, 2021.

/s/Alberto O. Lozada Colón

Alberto O. Lozada Colón
USDCPR 123811
PO Box 430
Mayaguez, PR 00681
Tel. 787-833-6323 Fax 833-7725
lozada1954@hotmail.com