IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 20-00633 EAG |
| EFRAIN CARRERO VELEZ | * | CHAPTER 7 |
| DEBTOR | * | |
| _____ | * | |

**OBJECTION TO TRUSTEE'S FINAL REPORT**

TO THE HONORABLE COURT:

Now comes debtor, through the undersigned attorney and very respectfully prays and states as follows:

1. The chapter 7 trustee, Roberto Román Valentín has filed a proposed final report dated December 3, 2021.

2. Said report proposes to pay Banco Popular de Puerto Rico the amount of $31,568.44. Said creditor filed claim number 1 in the amount of $98,818.10 as a secured claim. Debtor has filed a statement of intention in which the property subject to the lien is to be surrendered to said creditor.

3. The report also properties to pay the Department of the Treasury of Puerto Rico, who filed secured claim number 3 in the amount of $96,174.45, the amount of $31,897.08. Debtor has also filed a statement of intention in which the property subject to the lien is being surrendered.

4. It makes no sense whatsoever to pay cash to creditors whose collaterals are being surrendered. Said distribution is clearly determined to the interest of the debtor and has no justification under the Bankruptcy Code. It is absurd to partially pay a secured

creditor when debtor has no capacity to continue making payments on those secured creditors.

5. In addition, the trustee's fees should be adjusted if our objection is sustained.

**NOTICE:** Within thirty (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may-in its discretion-schedule a hearing.

**WHEREFORE**, it is respectfully requested from this Honorable Court that the objection to trustee's final report in relation of BPPR and Department of Treasury payments be granted..

**CERTIFICATE OF SERVICE: I HEREBY CERTIFY:** That on December 7, 2021 we electronically filed the foregoing using the CM/ECF system. Notice of this filing will be sent electronically though the CM/ECF System to Roberto Román, Chapter 7 Trustee through the CM/EFC System , U S Trustee and Noemi Landrau Rivera, Assistant of the US Trustee and all creditors and parties as per the attached list.

In Mayaguez, Puerto Rico, this 7th day of December 2021.

/s/Alberto O. Lozada Colón

Alberto O. Lozada Colón
USDCPR 123811
PO Box 430
Mayaguez, PR 00681

Tel. 787-833-6323 Fax 833-7725
lozada1954@hotmail.com

```
Label Matrix for local noticing        ASUME                                    BANCO POPULAR PR
0104-2                                  PO BOX 71316                            FORTUNO & RIVERA FONT LLC
Case 20-00633-EAG7                      SAN JUAN, PR 00936-8416                 PO BOX 13786
District of Puerto Rico                                                         SAN JUAN, PR 00908-3786
Ponce
Tue Dec  7 10:14:06 AST 2021

DEPARTAMENTO DE HACIENDA                INTERNAL REVENUE SERVICE                PENTAGON FEDERAL CREDIT UNION
PO BOX 9024140                          CENTRALIZED INSOLVENCY OPERATIONS       Tromberg, Morris & Poulin, PLLC
OFICINA 424-B                           PO BOX 7346                             1515 South Federal Highway, Suite 100
SAN JUAN, PR 00902-4140                 PHILADELPHIA, PA 19101-7346             BOCA RATON, FL 33432-7404


PR DEPARTMENT OF LABOR                  UNITED STATES TRUSTEE                   US TRUSTEE
PO BOX 195540                           500 TANCA ST STE 301                    US TRUSTEE
HATO REY, PR 00919-5540                 SAN JUAN, PR 00901-1922                 EDIFICIO OCHOA
                                                                                500 TANCA STREET SUITE 301
                                                                                SAN JUAN, PR 00901-1922


US TRUSTEE                              US Bankruptcy Court District of PR      ASSOCIATES
EDIFICIO OCHOA                          Jose V Toledo Fed Bldg & US Courthouse  PO BOX 11917
500 TANCA STREET SUITE 301              300 Recinto Sur Street, Room 109        SAN JUAN, PR 00922-1917
SAN JUAN, PR 00901-1922                 San Juan, PR 00901-1964


ASSOCIATES FINANCE                      ASUME                                   ASUME-KRIZIAMARIE PEREZ BARBER
PO BOX 11917                            P.O. BOX 70376                          PO BOX 71316 SAN JUAN PR 00936-8416
SAN JUAN, PR 00922-1917                 San Juan, PR 00936-8376


BANCO POPULAR DE PUERTO RICO            CITI CARDS                              CITIBANK
P.O. BOX 362708                         PO BOX 11917                            PO BOX 11917
San Juan, PR 00936-2708                 SAN JUAN, PR 00922-1917                 SAN JUAN, PR 00922-1917


CITIBANK CCSI                           CITIBANK MORTGAGE                       CITIBANK NA
PO BOX 11917                            PO BOX 11917                            PO BOX 11917
SAN JUAN, PR 00922-1917                 SAN JUAN, PR 00922-1917                 SAN JUAN, PR 00922-1917


CITIBANK SOUTH DAKOTA                   CITIBANK USA                            CITICARDS
PO BOX 11917                            PO BOX 11917                            PO BOX 11917
SAN JUAN, PR 00922-1917                 SAN JUAN, PR 00922-1917                 SAN JUAN, PR 00922-1917


CITICARDS CREDIT SERVICES               CITICARDS SEARS                         CITICORP DINERS
PO BOX 11917                            PO BOX 11917                            PO BOX 11917
SAN JUAN, PR 00922-1917                 SAN JUAN, PR 00922-1917                 SAN JUAN, PR 00922-1917


CITICORP FINANCE                        CITIFINANCIAL                           DEPARTMENT OF TREASURY
PO BOX 11917                            PO BOX 11917                            SECTION OF BANKRUPTCY  424-B
SAN JUAN, PR 00922-1917                 SAN JUAN, PR 00922-1917                 P.O. BOX 9024140
                                                                                SAN JUAN P.R. 00902-4140
```

```
DEPARTMENT OF TREASURY/BANKRUPTCY SEC.      DORAL FINANCIAL CORPORATION               KRIZIA MARIE PEREZ BARBER
P.O. BOX 9024140                            LOPEZ SANCHEZ PIRILLO & HYMOVITZ LLC      PUERTO REAL
San Juan, PR 00902-4140                     PO BOX 11917                              CALLE AZUCENA 321
                                            SAN JUAN, PR 00922-1917                   Cabo Rojo, PR 00623-4901


LCDA EVELYN JANET GARCIA                    PANAMERICAN/CITIBANK                      (p)PENTAGON FEDERAL CREDIT UNION
APARTADO 1299                               PO BOX 11917                              ATTN BANKRUPTCY DEPARTMENT
Hormigueros, PR 00660-5299                  SAN JUAN, PR 00922-1917                   P O BOX 1432
                                                                                      ALEXANDRIA VA 22313-1432


ALBERTO O LOZADA COLON                      ALEJANDRO OLIVERAS RIVERA                 EFRAIN CARRERO VELEZ
BUFETE LOZADA COLON                         CHAPTER 13                                PUERTO REAL 11A
PO BOX 430                                  PO BOX 9024062                            CALLE 10
MAYAGUEZ, PR 00681-0430                     SAN JUAN, PR 00902-4062                   CABO ROJO, PR 00623


FEDERAL LITIGATION DEPT. OF JUSTICE         Kriziamarie Perez                         MONSITA LECAROZ ARRIBAS
PO BOX 9020192                              Azucena 321 Puerto Real                   OFFICE OF THE US TRUSTEE (UST)
SAN JUAN, PR 00902-0192                     Cabo Rojo, PR 00623                       OCHOA BUILDING
                                                                                      500 TANCA STREET  SUITE 301
                                                                                      SAN JUAN, PR 00901


NOEMI LANDRAU RIVERA                        ROBERTO ROMAN VALENTIN                    ROSA E RODRIGUEZ VELEZ
PO BOX 270219                               US TRUSTEES OFFICE                        US ATTORNEYS
SAN JUAN, PR 00928-3019                     PO BOX 9024003                            TORRE CHARDON STE 1201
                                            SAN JUAN, PR 00902-4003                   350 CARLOS E. CHARDON AVE
                                                                                      SAN JUAN, PR 00918-2124
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
PENTAGON FEDERAL CREDIT UNION
PO BOX 1432
Alexandria, VA 22313-2032
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Banco Popular de Puerto Rico             End of Label Matrix
PO Box 362708                               Mailable recipients    44
San Juan, PR 00936-2708                     Bypassed recipients     1
                                            Total                  45
```