IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:     *     CASE NO. 20-00633 EAG

EFRAIN CARRERO VELEZ     *     CHAPTER 7
   DEBTOR     *

    *

MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT:**

Now comes debtor, through the undersigned attorney and very respectfully prays and states as follows:

1. On December 13, 2021 this Honorable Court entered an order directing debtor to state his position as to the trustee's reply to debtor's objection to final report (docket # 189).

2. This case involves the constitutional question of whether the trustee authority to pay a secured creditor with a lien on abandoned properties and whether this the bankruptcy court has jurisdiction to oppose the same. We have conducted a research on that matter, but have been unable to complete our response.

**WHEREFORE**, it is respectfully requested from this Honorable Court that debtor be granted 30 days, until January 24, 2022 to file our response.

**CERTIFICATE OF SERVICE : I HEREBY CERTIFY:** That on December 22, 2021 we electronically filed the foregoing using the CM/ECF system. Notice of this filing will be sent electronically though the CM/ECF System to Roberto Román, Chapter 7 Trustee, Noemi Landrau, Trustee, US Trustee.

In Mayaguez, Puerto Rico, this 22nd day of December, 2021.

/s/Alberto O. Lozada Colón

Alberto O. Lozada Colón
USDCPR 123811
PO Box 430
Mayaguez, PR 00681
Tel. 787-833-6323 Fax 833-7725
lozada1954@hotmail.com