**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**EFRAIN CARRERO VELEZ**<br>**xxx–xx–6265**<br><br>Debtor(s) | Case No. **20–00633 EAG**<br><br>Chapter **7**<br><br>FILED & ENTERED ON 12/23/21 |

*ORDER*

The motion filed by DEBTOR requesting extension of time of 30 days to state his position as to Trustee's Reply to Debtor's Objection to Chapter 7 Trustees Final Report (docket #191) is hereby granted. Order is due by January 21, 2022.

IT SO ORDERED.

In Ponce, Puerto Rico, this Thursday, December 23, 2021 .

Edward A. Godoy
United States Bankruptcy Judge