IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE:<br>EFRAIN CARRERO VELEZ<br><br>xx-xx-6265<br><br>Debtor(s) | CASE NO. 20-00633-EAG7<br>Chapter 7<br><br><br><br>FILED & ENTERED ON FEB/01/2022 |
|---|---|

**O R D E R**

Trustee is to state his position within twenty-one (21) days as to Debtor's Opposition to Trustee's Proposed Distribution of 33% to Secured Creditors from Surplus Funds that Should Revert to Debtor Under §726(a)(b) (docket #199). Order due by February 22, 2022.

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 1 day of February, 2022.

Edward A. Godoy
United States Bankruptcy Judge