### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 20-00633 MAG |
| EFRAIN CARRERO VELEZ | CHAPTER 7 |
| DEBTOR | |

### MOTION TO WITHDRAW TRUSTEE'S FINAL REPORT AT DOCKET NO. 184

**TO THE HONORABLE MARIA DE LOS ANGELES GONZALEZ
U.S. BANKRUPTCY COURT JUDGE**:

COMES NOW Chapter 7 Trustee, **ROBERTO ROMÁN VALENTÍN** ("Trustee"), through his undersigned counsel of record, who respectfully states and prays:

1. On December 3, 2021, the Office of the United States Trustee filed *"Chapter 7 Trustee's Final Report"* ("TFR"), which was objected by Efraín Carrero Velez, ("Debtor") on December 7, 2021. Docket #184 and #186.

2. On December 8, 2021, Trustee filed a reply to Debtor's objection to TFR. On January 26, 2022, the Debtor filed an *"Opposition to Trustee's Proposed Distribution of 33% to Secured Creditors"*. On February 1, 2022, the Court granted Trustee twenty-one (21) days to state his position as to Debtor's Opposition, which was extended to March 23, 2022. See docket #187, #199, #203 and #212.

3. On March 4, 2022, creditor Puerto Rico Department of Treasury ("Treasury"), filed an amended claim which alters the distribution proposed in the TFR filed before this Court.

4. In view of the amended claim filed by Treasury and the need to review the distribution proposed in the TFR, Trustee hereby withdraws the TFR filed at docket no. 184.

5. The captioned case includes community claims, as well as claims for which Debtor is solely liable. In compliance with his duties pursuant to section 704(a) of the Bankruptcy Code,

1

the Trustee is completing his analysis of the claims to present a Final Report with the proposed distribution of proceeds from community property pursuant to 11 U.S.C. §726(c).

6. The withdrawal of the TFR filed at docket #184 would make moot all matters related to the Objection to TFR filed by Debtor at docket #186 and #199.

**WHEREFORE,** it is respectfully prayed that this Honorable Court enter order granting Trustee's withdrawal of TFR filed at docket #184.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico on March 10, 2022.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail including the US Trustee at ustregion21.hr.ecf@usdoj.gov; counsel for Debtor, Alberto O. Lozada Colón at lozada1954@hotmail.com; and by depositing true and exact copies thereof in the US regular mail, to all other parties included in attached master address list, including Debtor at Puerto Real 11A, Calle 10, Cabo Rojo, PR 00623.

**LANDRAU RIVERA & ASSOC.**
Counsel for Trustee
PO Box 270219 San Juan, PR 00928
Tel. (787) 774-0224 / (787) 273-7949

*s/ Noemí Landrau Rivera*
USDC-PR # 215510
nlandrau@landraulaw.com