IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 20-00633-MAG7 |
|---|---|
| EFRAIN CARRERO VELEZ | Chapter 7 |
| xx-xx-6265 | |
| Debtor(s) | FILED & ENTERED ON MAR/29/2022 |

ORDER

Upon the order granting the withdrawal of the Chapter 7 Trustee's Final Report (docket #218), the Debtor's Objection to Trustee's Final Report (docket #186), Ch. 7 Trustee's Reply (docket #187), Debtor's Response (docket #199), Opposition filed by Kriziamarie Perez (docket #204), Debtor's Reply ((docket #208), and the Debtor's Motion Requesting Entry of Order (docket #216) are moot.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 29 day of March, 2022.

MARIA DE LOS ANGELES GONZALEZ
United States Bankruptcy Judge